## Commonwealth *v.* Unger, Appellant.

Submitted March 13, 1972. *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Upton, Appellant.

Submitted March 20, 1972. *Benjamin E. Levine, Jr.,* for appellant; *Clyde O. Black, II,* Assistant District Attorney, for Commonwealth, appellee.

Order and decree affirmed.

## Commonwealth *v.* Via, Appellant.

Submitted March 13, 1972. *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.